A. O. CAMPBELL, *et ux.*, v. CAPITAL FINANCE CORP.

163 So. 142.
Opinion Filed September 21, 1935.

*J. H. Harrell,* for Appellants;
*Clyde W. Atkinson,* for Appellee.

PER CURIAM.—This is an appeal for a final decree in a mortgage foreclosure suit.

There is no merit in the assignment of error and the appeal should be dismissed, but as there has been no motion to dismiss and the case has come on for final consideration on the merits, the decree is affirmed.

So ordered.

WHITFIELD, C. J., and TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.